# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Piedmont Roofing Services, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00729-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Marc Morris et al | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 15, 2024 Order.

October 15, 2024

Katherine Hord Simon, Clerk
United States District Court